# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA ESPITIA,<br><br>   Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>   Defendant. | Case No.: 24-cv-03657-~~NC~~ JSW<br><br>[~~PROPOSED~~] ORDER<br><br>HON. JEFFREY S. WHITE |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant EXPERIAN INFORMATION SOLUTIONS, INC. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 16, 2025                      _____

                                                                    **HON. JEFFREY S. WHITE**
                                                                    UNITED STATES DISTRICT COURT JUDGE